*E-FILED - 6/6/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JORDAN E. TAITANO, | ) | No. C 11-1396 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| COUNTY OF CONTRA COSTA, et al., | ) | |
| Defendants. | ) | |

The court has dismissed the instant civil rights action without prejudice. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 6/6/11

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.10\Taitano396jud.wpd